**Plug Power Inc. (PLUG)** **Joseph Ortolani**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase/Acquisition | Common Stock | 6/11/2025 | 0.032490 | $1.3200 |
| Purchase/Acquisition | Common Stock | 6/11/2025 | 1 | $1.3200 |
| Purchase/Acquisition | Common Stock | 6/11/2025 | 82 | $1.3200 |
| Purchase/Acquisition | Common Stock | 6/18/2025 | 23.530430 | $1.1500 |
| Purchase/Acquisition | Common Stock | 7/10/2025 | 43 | $1.7800 |
| Purchase/Acquisition | Common Stock | 7/21/2025 | 51.763490 | $1.9400 |
| Purchase/Acquisition | Common Stock | 7/21/2025 | 51.546390 | $1.9400 |
| Purchase/Acquisition | Common Stock | 7/25/2025 | 0.597570 | $1.7500 |
| Purchase/Acquisition | Common Stock | 7/25/2025 | 28 | $1.7500 |
| Purchase/Acquisition | Common Stock | 7/29/2025 | 58.479530 | $1.7100 |
| Purchase/Acquisition | Common Stock | 8/7/2025 | 2.850649 | $1.5400 |
| Purchase/Acquisition | Common Stock | 9/17/2025 | 0.530973 | $1.8100 |
| Purchase/Acquisition | Common Stock | 9/17/2025 | 5 | $1.8100 |
| Purchase/Acquisition | Common Stock | 9/19/2025 | 0.628516 | $2.1300 |
| Purchase/Acquisition | Common Stock | 9/19/2025 | 469 | $2.1300 |
| Purchase/Acquisition | Common Stock | 9/22/2025 | 499.863636 | $2.2000 |
| Purchase/Acquisition | Common Stock | 9/22/2025 | 0.129840 | $2.2000 |
| Purchase/Acquisition | Common Stock | 9/23/2025 | 0.698425 | $2.9100 |
| Purchase/Acquisition | Common Stock | 9/23/2025 | 420 | $2.9100 |
| Purchase/Acquisition | Common Stock | 11/3/2025 | 324.909747 | $2.7700 |
| Purchase/Acquisition | Common Stock | 11/10/2025 | 0.684931 | $2.9200 |
| Purchase/Acquisition | Common Stock | 11/11/2025 | 0.393700 | $2.5400 |
| Purchase/Acquisition | Common Stock | 11/11/2025 | 200 | $2.5400 |
| Sale | Common Stock | 9/17/2025 | (0.800549) | $1.7700 |
| Sale | Common Stock | 9/17/2025 | (342) | $1.7700 |
| Sale | Common Stock | 9/19/2025 | (0.159489) | $2.2500 |
| Sale | Common Stock | 9/19/2025 | (475) | $2.2500 |
| Sale | Common Stock | 9/22/2025 | (499.993476) | $2.2800 |
| Sale | Common Stock | 9/24/2025 | (0.698425) | $2.5000 |
| Sale | Common Stock | 9/24/2025 | (420) | $2.5000 |
| Sale | Common Stock | 11/10/2025 | (194.285714) | $2.6200 |
| Sale | Common Stock | 11/10/2025 | (0.370229) | $2.6200 |
| Sale | Common Stock | 11/12/2025 | (189.393930) | $2.6400 |
| | | | | |
| Purchase/Acquisition | PLUG 9/19/2025 Put $1.00 | 5/22/2025 | 1 | $0.3800 |
| Purchase/Acquisition | PLUG 9/19/2025 Call $1.00 | 5/23/2025 | 2 | $0.1500 |
| Purchase/Acquisition | PLUG 1/16/2026 Call $2.50 | 6/10/2025 | 1 | $0.3000 |
| Purchase/Acquisition | PLUG 1/16/2026 Call $1.50 | 6/11/2025 | 1 | $0.4100 |
| Purchase/Acquisition | PLUG 9/19/2025 Call $1.50 | 6/16/2025 | 1 | $0.2900 |
| Purchase/Acquisition | PLUG 12/19/2025 Call $1.5( | 6/18/2025 | 1 | $0.2800 |
| Purchase/Acquisition | PLUG 1/16/2026 Put $1.50 | 7/10/2025 | 1 | $0.5200 |
| Purchase/Acquisition | PLUG 1/16/2026 Call $1.50 | 7/10/2025 | 1 | $0.7000 |
| Purchase/Acquisition | PLUG 12/19/2025 Call $2.0( | 7/14/2025 | 1 | $0.3600 |
| Purchase/Acquisition | PLUG 12/19/2025 Call $0.5( | 7/18/2025 | 1 | $1.2800 |
| Purchase/Acquisition | PLUG 9/19/2025 Call $2.00 | 7/22/2025 | 2 | $0.3000 |
| Purchase/Acquisition | PLUG 1/16/2026 Call $2.00 | 7/28/2025 | 6 | $0.4800 |
| Purchase/Acquisition | PLUG 10/17/2025 Call $2.0( | 9/16/2025 | 2 | $0.1400 |
| Purchase/Acquisition | PLUG 10/17/2025 Call $2.0( | 9/19/2025 | 1 | $0.3000 |
| Sale | PLUG 9/19/2025 Put $1.00 | 6/2/2025 | (1) | $0.3500 |
| Sale | PLUG 9/19/2025 Call $1.00 | 6/25/2025 | (1) | $0.3100 |
| Sale | PLUG 9/19/2025 Call $1.00 | 6/25/2025 | (1) | $0.3100 |
| Sale | PLUG 9/19/2025 Call $1.50 | 7/3/2025 | (1) | $0.3300 |
| Sale | PLUG 12/19/2025 Call $1.5( | 7/18/2025 | (1) | $0.5500 |
| Sale | PLUG 1/16/2026 Call $1.50 | 7/21/2025 | (2) | $0.7600 |
| Sale | PLUG 9/19/2025 Call $2.00 | 9/16/2025 | (2) | $0.0100 |
| Sale | PLUG 1/16/2026 Call $2.00 | 9/18/2025 | (5) | $0.5200 |
| Sale | PLUG 1/16/2026 Call $2.00 | 9/18/2025 | (1) | $0.5200 |
| Sale | PLUG 10/17/2025 Call $2.0( | 9/18/2025 | (1) | $0.2600 |
| Sale | PLUG 10/17/2025 Call $2.0( | 9/18/2025 | (1) | $0.2600 |
| Sale | PLUG 12/19/2025 Call $0.5( | 9/18/2025 | (1) | $1.4900 |

**Plug Power Inc. (PLUG)** **Joseph Ortolani**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Sale | PLUG 12/19/2025 Call $2.0( | 9/18/2025 | (1) | $0.4400 |
| Sale | PLUG 1/16/2026 Call $2.50 | 9/19/2025 | (1) | $0.4700 |
| Sale | PLUG 10/17/2025 Call $2.0( | 9/22/2025 | (1) | $0.4300 |
| Sale | PLUG 1/16/2026 Put $1.50 | 12/2/2025 | (1) | $0.0800 |