**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH ORTOLANI, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:26-cv-165 (MAD/DJS) |
| Plaintiff, | CLASS ACTION |
| v. | |
| PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON, | |
| Defendants. | |

**NOTICE OF NON-OPPOSITION**

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Justin Lee ("Lee"), by and through his counsel, respectfully submits this notice regarding his pending Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel, filed on April 3, 2026 (ECF No. 12).  Lee has reviewed the competing Lead Plaintiff motions currently pending before the Court (ECF Nos. 9, 10, 11, 13) and acknowledges that he does not possess the largest financial interest in the relief sought.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii).  Notwithstanding the foregoing, Lee remains ready, willing, and able to serve as Lead Plaintiff in this action.

Dated:  April 14, 2026

Respectfully submitted,

*/s/ Harvey Sanders*
Harvey Sanders
**SANDERS & SANDERS**
401 Maryvale Drive
Cheektowaga, NY 14225
Tel.: (716) 839-1489
Fax: (716) 839-1512
harvey.sanders@wnyemploymentlaw.com

*Liaison Counsel*

Karin E. Fisch (*pro hac vice* forthcoming)
Vincent J. Pontrello (*pro hac vice* forthcoming)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
kfisch@gelaw.com
vpontrello@gelaw.com

Brian J. Schall (*pro hac vice* forthcoming)
Adam L. Rosen (*pro hac vice* forthcoming)
**THE SCHALL LAW FIRM**
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Tel: (310) 301-3335
Fax: (310) 388-0192

1

brian@schallfirm.com
adam@schallfirm.com

*Counsel for Lee and Proposed Lead Counsel for the Class*

2

## **PROOF OF SERVICE**

I hereby certify that on April 14, 2026, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record.


*/s/ Harvey Sanders*
Harvey Sanders