UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                      :
JOSEPH ORTOLANI, Individually and                     :
ON behalf of all others similarly situated,           :
                                                      :
                    Plaintiff,                        :
                                                      :
        v.                                            :     Case No. 1:26-cv-0165 (MAD) (DJS)
                                                      :
PLUG POWER INC., ANDREW MARSH,                        :
and PAUL B. MIDDLETON,                                :
                                                      :
                    Defendants.                       :
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

### STIPULATION AND [PROPOSED] SCHEDULING ORDER FOR AMENDED COMPLAINT AND DEFENDANTS' RESPONSES

Subject to the approval of the Court, plaintiffs Sipko de Ruiter, Jerry L. Jaskot, and Eugene Malloy ("Lead Plaintiffs"), and defendants Plug Power Inc., Andrew Marsh, and Paul B. Middleton respectfully submit this stipulation and proposed order to address the timing for plaintiffs to file a consolidated amended complaint and for defendants to answer, move, or otherwise respond thereto.

WHEREAS:

A.    On February 2, 2026, Joseph Ortolani commenced the above-captioned action alleging violations of the federal securities laws on behalf of a putative class consisting of investors in the securities of Plug Power Inc., which action is governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA");

B.    On April 3, 2026, five members or member groups of the putative class alleged filed separate motions seeking appointment as lead plaintiff(s) in the action and approval of their respective selections of lead counsel for the action;

C.      On May 27, 2026, the Court issued an order appointing de Ruiter, Jaskot, and Malloy as Lead Plaintiffs and approving of their selections of lead counsel (D.I. 20);

D.      As is customary in putative class actions that are subject to the PSLRA, the Lead Plaintiffs intend to file an amended complaint;

E.      The defendants anticipate filing a motion to dismiss the amended complaint;

F.      The parties have conferred and have agreed on a schedule for the filing of Lead Plaintiffs' anticipated amended complaint and the defendants' response(s) thereto.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE, subject to the approval of the Court, as follows:

1.      The Lead Plaintiffs shall file an amended complaint on or before August 10, 2026.

2.      The defendants shall answer, move, or otherwise respond to the amended complaint on or before October 9, 2026.

3.      To the extent the defendants' response to the amended complaint is in the form of a motion or motions to dismiss, Lead Plaintiffs shall file their response to the motion(s) on or before December 8, 2026, and the defendants shall file their replies on or before January 15, 2027.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated:  June 15, 2026                          POMERANTZ LLP


By:  */s/ J. Alexander Hood II*
     J. Alexander Hood II
     (Bar Roll No. 700864)
     ahood@pomlaw.com
     Jeremy A. Lieberman
     (Bar Roll No. 700865
     jalieberman@pomlaw.com
     Matthew L. Tuccillo
     (*pro hac vice* motion forthcoming)
     mltuccillo@pomlaw.com
     Jennifer Banner Sobers
     (*pro hac vice* motion forthcoming)
     jbsobers@pomlaw.com

600 Third Avenue, 20th Floor
New York, New York 10016
(212) 661-1100

LEVI & KORSINSKY, LLP
Gregory M. Nespole
(Bar Roll Number: 520397)
gnespole@zlk.com
Adam M. Apton
(*pro hac vice* motion forthcoming)
aapton@zlk.com
33 Whitehall Street, 27th Floor
New York, NY 10004
(212) 363-7500

*Co-Counsel for Lead Plaintiffs*

3

DLA PIPER LLP (US)


By:  /s/ John J. Clarke, Jr.
      John J. Clarke, Jr.
      (Bar Roll No. 705346)
      john.clarke@us.dlapiper.com
      Steven M. Rosato
      (Bar Roll No. 703375)
      steven.rosato@us.dlapiper.com

1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500

*Counsel for Defendant*
 *Plug Power Inc.*

.

BOIES SCHILLER FLEXNER LLP


By:  /s/ George F. Carpinello
      George F. Carpinello
      (Bar Roll No. 103750)
      gcarpinello@bsfllp.com

30 South Pearl Street, 12th Floor
Albany, New York 12207
(518) 434-0600

*Counsel for Defendants*
 *Andrew Marsh and Paul B. Middleton*

SO ORDERED:

DATED:  June 23, 2026

4