UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------- x

IN RE PLUG POWER INC. SECURITIES    :    Case No. 1:26-cv-0165 (MAD) (DJS)
LITIGATION                           :
                                     :
                                     :
-------------------------------------- x

[           ] ORDER

Upon considering the motion of defendant Plug Power Inc., with the consent of individual

defendants Andrew Marsh and Paul Middleton and without objection from lead plaintiffs Sipko

de Ruiter, Jerry L. Jaskot, and Eugene Malloy, to amend the caption to be used in this case, and

for the reasons set forth in that motion,

IT IS HEREBY ORDERED that the  motion is granted.  All further filings in this action

shall bear the following case caption:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------- x

JERRY L. JASKOT, individually and on behalf of :
all others similarly situated,                 :
                                               :
                Plaintiffs,                    :
                                               :    Case No. 1:26-cv-0165 (MAD) (DJS)
        v.                                     :
                                               :
PLUG POWER INC., ANDREW MARSH, and             :
PAUL B. MIDDLETON,                             :
                                               :
                Defendants.                    :
                                               :
-------------------------------------- x

SO ORDERED this 23 day of June, 2026.

_____
Hon. Daniel J. Stewart
United States Magistrate Judge