UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERRY L. JASKOT, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PLUG POWER INC., ANDREW J. MARSH, PAUL B. MIDDLETON, and JOSE LUIS CRESPO,<br><br>Defendants. | Case No. 1:26-cv-0165 (MAD) (DJS) |

NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, at a date and time to be determined by the Court, at the James T. Foley U.S. Courthouse, Courtroom 5, 445 Broadway, Albany, New York, in accordance with a schedule previously approved by the Court [ECF Nos. 23, 38], defendants Plug Power Inc., Andrew J. Marsh, Paul B. Middleton, and Jose Luis Crespo will move to dismiss plaintiffs' amended complaint [ECF No. 28] for failure to state a claim upon which relief can be granted.

The motion is based on the first amended complaint, the accompanying memorandum of law, the appendices thereto, the declaration of John J. Clarke, Jr. dated October 9, 2026, the exhibits thereto, and such other and further proceedings in this action as may relate to the motion.

Dated: October 9, 2026

DLA PIPER LLP (US)

By: */s/ John J. Clarke, Jr.*

John J. Clarke, Jr. (Bar Roll No. 705346)
john.clarke@us.dlapiper.com
Steven M. Rosato (Bar Roll No. 703375)
steven.rosato@us.dlapiper.com

1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500

*Counsel for Defendant*
*Plug Power Inc.*

BOIES SCHILLER FLEXNER LLP

By: */s/ George F. Carpinello*

George F. Carpinello (Bar Roll No. 103750)
gcarpinello@bsfllp.com

30 South Pearl Street
Albany, New York 12207
Tel: (518) 434-0600

*Counsel for Individual Defendants*
*Andrew J. Marsh, Paul B. Middleton,*
*and Jose Luis Crespo*