UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERRY L. JASKOT, *et al*., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PLUG POWER INC., ANDREW J.MARSH, PAUL B. MIDDLETON, and JOSE LUIS CRESPO,<br><br>Defendants. | Case No. 1:26-cv-0165 (MAD) (DJS) |

DECLARATION OF JOHN J. CLARKE, JR.

Pursuant to 28 U.S.C. § 1746, John J. Clarke, Jr. declares:

1. I am a member of the Bar of this Court and of DLA Piper LLP (US), counsel for defendant Plug Power Inc. ("Plug Power") in this action. I submit this declaration to place before the Court materials referred to in the accompanying memorandum of law in support of defendants' motion to dismiss the amended class action complaint for failure to state a claim. The statements in this declaration are based on my personal knowledge or, to the extent not based on my knowledge, on information available to me that I believe to be true.

2. Each of the documents submitted with this declaration is "incorporated into the complaint by reference, [is a] legally required public disclosure document[] filed with the SEC," or is both. The documents may be considered by the Court in connection with defendants' motion to dismiss. *Tongue v. Sanofi*, 816 F.3d 199, 209 (2d Cir. 2016); *see also* 15 U.S.C. § 78u-5(e) (cautionary statements accompanying forward-looking statements may be considered on motion to dismiss).

3. Attached to this declaration as Exhibit 1 is a true and correct copy of an excerpt of the annual report on Form 10-K for Plug Power filed with the U.S. Securities and Exchange Commission ("SEC") on March 1, 2024, in the form in which it was retrieved under my direction and supervision from the Lexis Intelligize SEC filings database.

4. Attached to this declaration as Exhibit 2 is a true and correct copy of a transcript of an earnings call hosted by Plug Power on March 1, 2024, in the form in which it was retrieved under my direction and supervision from the database maintained by Lexis Intelligize. Alleged comments during the call are quoted in paragraphs 252 and 254 of the complaint.

5. Attached to this declaration as Exhibit 3 is a true and correct copy of a transcript of a presentation by Plug Power hosted by J.P. Morgan at their 2024 Industrials Conference held on March 14, 2024, in the form in which it was retrieved under my direction and supervision from the database maintained by Lexis Intelligize. Alleged comments during the presentation are quoted in paragraphs 14, 173 and 259 of the complaint.

6. Attached to this declaration as Exhibit 4 is a true and correct copy of a transcript of an earnings call hosted by Plug Power on May 9, 2024, in the form in which it was retrieved under my direction and supervision from the database maintained by Lexis Intelligize. Alleged comments during the call are quoted in paragraphs 261, 264 and 267 of the complaint.

7. Attached to this declaration as Exhibit 5 is a true and correct copy of an excerpt of an interim report on Form 10-Q for Plug Power filed with the SEC on May 9, 2024, in the form in which it was retrieved under my direction and supervision from the Lexis Intelligize SEC filings database.

8. Attached to this declaration as Exhibit 6 is a true and correct copy of a Plug Power press release dated May 14, 2024, in the form in which it was retrieved under my direction and

supervision from the Lexis Intelligize SEC filings database. The press release is referred to in paragraph 192 of the complaint.

9. Attached to this declaration as Exhibit 7 is a true and correct copy of an excerpt of an interim report on Form 10-Q for Plug Power filed with the SEC on August 8, 2024, in the form in which it was retrieved under my direction and supervision from the Lexis Intelligize SEC filings database.

10. Attached to this declaration as Exhibit 8 is a true and correct copy of a transcript of an earnings call hosted by Plug Power on November 12, 2024, in the form in which it was retrieved under my direction and supervision from the database maintained by Lexis Intelligize. Alleged comments during the call are quoted in paragraphs 213, 235-36, 269-70 and 357 of the complaint.

11. Attached to this declaration as Exhibit 9 is a true and correct copy of an excerpt of an interim report on Form 10-Q for Plug Power filed with the SEC on November 12, 2024, in the form in which it was retrieved under my direction and supervision from the Lexis Intelligize SEC filings database.

12. Attached to this declaration as Exhibit 10 is a true and correct copy of a presentation referenced during a special call hosted by Plug Power on November 13, 2024, in the form in which it was retrieved under my direction and supervision from the Lexis Intelligize SEC filings database. The call is discussed in paragraphs 274-77 of the complaint.

13. Attached to this declaration as Exhibit 11 is a true and correct copy of a transcript of a special call hosted by Plug Power on November 13, 2024, in the form in which it was retrieved under my direction and supervision from the Lexis Intelligize SEC filings database. Alleged comments during the call are quoted in paragraphs 274-77 of the complaint.

14. Attached to this declaration as Exhibit 12 is a true and correct copy of excerpts of a Draft Environmental Assessment Limestone Green Hydrogen Production Project dated December 6, 2024, in the form in which it was retrieved under my direction and supervision from the public website maintained by the U.S. Department of Energy. The draft environmental assessment is referred to in paragraph 157 of the complaint, and excerpts from its appendices are referred to in many paragraphs of the complaint.

15. Attached to this declaration as Exhibit 13 is a true and correct copy of a Form 8-K filed by Plug Power with the SEC on January 23, 2025, in the form in which it was retrieved under my direction and supervision from the Lexis Intelligize SEC filings database.

16. Attached to this declaration as Exhibit 14 is a true and correct copy of an excerpt of the annual report on Form 10-K for Plug Power filed with the SEC on March 3, 2025, in the form in which it was retrieved under my direction and supervision from the Lexis Intelligize SEC filings database.

17. Attached to this declaration as Exhibit 15 is a true and correct copy of a Plug Power press release dated March 3, 2025, in the form in which it was retrieved under my direction and supervision from the Lexis Intelligize SEC filings database. The press release is referred to in paragraphs 196 and 279 of the complaint.

18. Attached to this declaration as Exhibit 16 is a true and correct copy of a transcript of an earnings call hosted by Plug Power on March 4, 2025, in the form in which it was retrieved under my direction and supervision from the database maintained by Lexis Intelligize. Alleged comments during the call are quoted in paragraphs 281-83, 285, 287 and 348 of the complaint.

19. Attached to this declaration as Exhibit 17 is a true and correct copy of an excerpt of an interim report on Form 10-Q for Plug Power filed with the SEC on May 12, 2025, in the

form in which it was retrieved under my direction and supervision from the Lexis Intelligize SEC filings database.

20. Attached to this declaration as Exhibit 18 is a true and correct copy of a transcript of an earnings call hosted by Plug Power on May 12, 2025, in the form in which it was retrieved under my direction and supervision from the database maintained by Lexis Intelligize. Alleged comments during the call are quoted in paragraphs 292-93 of the complaint.

21. Attached to this declaration as Exhibit 19 is a true and correct copy of a transcript of a special call hosted by Plug Power on July 7, 2025, in the form in which it was retrieved under my direction and supervision from the database maintained by Lexis Intelligize. Alleged comments during the call are quoted in paragraphs 184 and 298 of the complaint.

22. Attached to this declaration as Exhibit 20 is a true and correct copy of a Plug Power press release dated July 9, 2025, in the form in which it was retrieved under my direction and supervision from the public website maintained by Plug Power. The press release is referred to in paragraphs 237, 300-01 of the complaint.

23. Attached to this declaration as Exhibit 21 is a true and correct copy of a transcript of an earnings call hosted by Plug Power on August 11, 2025, in the form in which it was retrieved under my direction and supervision from the database maintained by Lexis Intelligize. Alleged comments during the call are quoted in paragraphs 303-04 of the complaint.

24. Attached to this declaration as Exhibit 22 is a true and correct copy of a Plug Power press release dated August 11, 2025, in the form in which it was retrieved under my direction and supervision from the Lexis Intelligize SEC filings database.

25. Attached to this declaration as Exhibit 23 is a true and correct copy of a Plug Power press release dated October 7, 2025, in the form in which it was retrieved under my direction and

supervision from the Lexis Intelligize SEC filings database. The press release is referred to in paragraphs 22, 43, 232, 318, 320 and 382 of the complaint.

26. Attached to this declaration as Exhibit 24 is a true and correct copy of an excerpt of an interim report on Form 10-Q for Plug Power filed with the SEC on November 10, 2025, in the form in which it was retrieved under my direction and supervision from the Lexis Intelligize SEC filings database.

27. Attached to this declaration as Exhibit 25 is a true and correct copy of a Plug Power press release dated November 10, 2025, in the form in which it was retrieved under my direction and supervision from Lexis Intelligize SEC filings database. The press release is referred to in paragraphs 23, 234, 306, 318 and 324 of the complaint.

28. Attached to this declaration as Exhibit 26 is a true and correct copy of a transcript of an earnings call hosted by Plug Power on November 10, 2025, in the form in which it was retrieved under my direction and supervision from the database maintained by Lexis Intelligize. Alleged comments during the call are quoted in paragraphs 307-08 and 323 of the complaint.

29. Attached to this declaration as Exhibit 27 is a true and correct copy of a transcript of a shareholder/analyst annual call hosted by Plug Power on February 2, 2026, in the form in which it was retrieved under my direction and supervision from the database maintained by Lexis Intelligize. Alleged comments during the call are quoted in paragraph 311 of the complaint.

30. Attached to this declaration as Exhibit 28 is a true and correct copy of a transcript of an earnings call hosted by Plug Power on March 2, 2026, in the form in which it was retrieved under my direction and supervision from the database maintained by Lexis Intelligize. Alleged comments during the call are quoted in paragraph 313 of the complaint.

31. Attached to this declaration as Exhibit 29 is a true and correct copy of an excerpt of the annual report on Form 10-K for Plug Power filed with the SEC on March 2, 2026, in the form in which it was retrieved under my direction and supervision from the Lexis Intelligize SEC filings database.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed this 9th day of October, 2026.

*/s/ John J. Clarke, Jr.*
John J. Clarke, Jr.